

MAY 12 2008
RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 12 2008  mB



MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Isaac Roach
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart (Sheriff)
Cook County Jail

(Enter above the full name of ALL
defendants in this action. **Do not
use "et al."**)

08CV 2758
JUDGE KENNELLY
MAGISTRATE JUDGE KEYS

Ca_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Isaac Roach

   B. List all aliases: N/A

   C. Prisoner identification number: 2007-008-7930

   D. Place of present confinement: Cook County Jail /C.C. DOC

   E. Address: 2700 S California

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart

      Title: Sheriff

      Place of Employment: Cook County Jail /C.C. DOC

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb 6 2008 I found some finger nails in my food at Cook County Jail on the 3-11 shift. I told the officer an he walket it off an told me to give him my tray. He thought I was playing till I told him No an I would like to talk to a white shirt. He told me the white shirt was not going to do shit about it an ask me do I want a seconde tray an I told him No. I ask them can I see the nurse he told me (now) they was not going to be able to do a thing about it. I hard my Grievance on the 22 of feb 08 by Maeweatheal he ask me why I gave the Grievance to 7 to 3 shift I Told him officer Nava told me to me to I think to cover his ass. He

Revised 9/2007

He sent me to dispensary but the nurse told me it was to late they should have sent me the day it happen their ant a thang she could do about it now but she did make of it at the time I still have the finger nails

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be Compensated for Punitive damage As A Result of my Consumption of food I was Injurous and my Health was Jeopardize

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____


_____
(Signature of plaintiff or plaintiffs)

Isaac Roach
(Print name)

2007-006-7930
(I.D. Number)

2700 S California Div 11
(Address)

6

Revised 9/2007

at 4/23/08

AD-L5

AD

Part-A / Control #: _____X_____

Referred To: Sergt D/o 11

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Roach          First Name: Isaac

ID #: 2007-0087930   Div.: 11   Living Unit: C/O   Date: 3-22-08

AD

BRIEF SUMMARY OF THE COMPLAINT: On Feb 6, I found some finger nails in my food on the 3-11 shift. Our C/o told me to fill out a Grievance an give it to 7-3 white shirt. I think to cover their ass because I ask for a white shirt an they told me he was not going to do a thing about it. When I finally had my Grievance on the 22 feb. RILT Maceweatheal tried to give me Medical but the Nurse said it was to late they should have did this when it first happen. I think something should be done about this an somebody should be talked to about their job. I think C/o Lopez an Nasa should be talked to to about it to because they did not send me to dispensary for Medical when it happen an they told me they was not going to get me a white shirt.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: Joe Worker     DATE C.R.W. RECEIVED: 3-28-08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)